**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

FERRION, LLC, a Florida limited liability company,

Plaintiff,

vs.

L.B. FOSTER COMPANY, a Pennsylvania corporation,

Defendant.
_____________________________________/

CASE NO.:

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq*., Defendant L.B. Foster Company ("LB Foster") hereby removes and files this Notice of Removal of the above-captioned action to this Court. This case is subject to removal on the grounds of diversity jurisdiction. There is complete diversity between the parties, and the amount-in-controversy exceeds $75,000. *See id.* at § 1332. In support, LB Foster provides this "short and plain statement of the grounds for removal." *Id.* at § 1446(a).

## Nature of Removed Action, Timeliness of Removal, and Propriety of Venue

1. On November 10, 2021, Plaintiff Ferrion, LLC ("Plaintiff") filed Civil Action No. 2021-CA-010787-O in the Circuit Court of the Ninth Judicial Circuit in

and for Orange County, Florida (hereinafter, "State Court Action"). LB Foster is the only named Defendant in the State Court Action.

2. The Complaint asserts ten causes of action against LB Foster, which all relate to Plaintiff's allegations that it is owed money from LB Foster pursuant to two purchase orders.

3. On November 15, 2021, Plaintiff served a copy of the summons and Complaint on LB Foster. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon LB Foster in the State Court Action are attached hereto as Exhibits A-C.

4. This Notice is being filed with this Court within thirty (30) days after LB Foster was served with the Complaint and summons setting forth the claims for relief upon which Plaintiff's action against LB Foster is based. *See* 28 U.S.C. § 1446(b).

5. This Court is the proper district court for removal under 28 U.S.C. § 1441(a) because the State Court Action is pending within this District.

**Basis of Removal**
**(Diversity Jurisdiction)**

6. Removal is proper pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq*. because there is complete diversity between the parties and the amount in controversy exceeds $75,000.

7. Plaintiff is a limited liability company incorporated in Florida with its principal place of business in Orlando, Florida or Alpharetta, Georgia. *See* Ex. A (Compl. ¶ 1 and Compl. Exs. A-B (listing Alpharetta, Georgia address)). Its sole member is an individual citizen and resident of Florida. *See* Ex. D (Ferrion articles of organization).

8. LB Foster is a company incorporated in Pennsylvania with its principal place of business in Pittsburgh, Pennsylvania. *See* Ex. A (Compl. ¶ 2). LB Foster provides rail, construction and energy markets with innovative solutions to build and maintain their critical infrastructure.

9. Therefore, complete diversity exists between the parties. 28 U.S.C. § 1332(a).

10. The amount in controversy also exceeds $75,000 in this action. A notice of removal need only contain a "plausible allegation" that the amount in controversy exceeds the jurisdictional threshold. *See Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014).

11. Plaintiff alleges that it is owed money from LB Foster pursuant to two purchase orders. Specifically, Plaintiff alleges that is owed $48,970.00 from the first purchase order and $421,135.61 from the second purchase order. Ex. A (Compl. ¶ ¶ 5-6).

12. Plaintiff alleges multiple causes of actions that all seek the same amounts under different theories of recovery. Plaintiff alleges several times in its Complaint that it is seeking to recover more than $75,000 from LB Foster. *See* Ex. A (Compl. ¶ ¶ 6, 37, 41).

13. Accordingly, the above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

**Other Removal Items**

14. By filing this Notice of Removal, LB Foster expressly reserves, and does not waive, any and all defenses that may be available to it, including the defense of lack of personal jurisdiction over LB Foster.

15. If any question arises as to the propriety of removal to this Court, then LB Foster requests the opportunity to submit a brief in support of its position that this case has been properly removed and present oral argument.

16. Promptly after the filing of this Notice of Removal, LB Foster shall provide written notice of the removal to Plaintiff, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, LB Foster removes this action, now pending in Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2021-CA-010787-O, to the United States District Court for the Middle District of Florida.

Dated: December 6, 2021

Respectfully submitted,

/s/ *Christopher R.J. Pace*

Christopher R.J. Pace
Florida Bar No. 721166
Email: crjpace@jonesday.com
Andrew J. Turnier
Florida Bar No. 1004235
Email: aturnier@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799

*Counsel for L.B. Foster Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2021, I electronically filed a true and correct copy of the foregoing with the Clerk of Court via CM/ECF, which will send notice of the same to all parties of record. I further certify that I have furnished a true and correct copy of the foregoing to counsel for Plaintiff via electronic mail and U.S. Mail to the following address:

John H. Bill, Esq.
GODBOLD, DOWNING, BILL & RENTZ, P.A.
222 West Comstock Avenue, Suite 101
Winter Park, Florida 32789
jbill@gdb-law.com
mwargo@gdb-law.com

*/s/ Andrew J. Turnier*
Andrew J. Turnier

*Counsel for L.B. Foster Company*