# Exhibit B

Orange County Clerk - Court Records Search

## 2021-CA-010787-O : FERRION LLC vs. L B FOSTER COMPANY

| | | | |
|---|---|---|---|
| Case Type: | CA - Breach of Agreement/Contract | Date Filed: | 11/10/2021 |
| Location: | Div 40 | UCN: | 482021CA010787A001OX |
| Judge: | Reginald K Whitehead | Status: | Pending |
| Citation Number: | CA - Breach of Agreement/Contract | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| FERRION LLC | Plaintiff | JOHN BILL | 407-647-4418 |
| L B FOSTER COMPANY | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 11/16/2021 | Affidavit of Service<br>Comments: LB FOSTER COMPANY | 2 |
| 11/12/2021 | Summons Issued Electronically as to<br>Comments: EMAILED ATTORNEY | 1 |
| 11/10/2021 | General Standing Case Management Plan/Order | 3 |
| 11/10/2021 | Complaint | 19 |
| 11/10/2021 | Civil Cover Sheet | 3 |
| 11/10/2021 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 11/10/2021 | Transaction Assessment | | 410.00 |
| 11/10/2021 | Payment | Christi Lane | -410.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

### Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|