# Exhibit D

L19000075435

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies ______ Certificates of Status ______

Special Instructions to Filing Officer:

Office Use Only

600325982806

03/15/19--01015--024 **150.00

FILED
19 MAR 15 AM 10:42
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

MAR 2 5 2019
C Kinsey

AlperLaw

Jonathan Alper, Esq. Gideon Alper, Esq. Jackie Royal, Paralegal

March 12, 2019

Registration Section
Division of Corporations
PO Box 6327
Tallahassee, FL 32314

RE: Ferrion Corporation (Certificate of Conversion)
Ferrion, LLC (Articles of Organization)

To Whom It May Concern:

Enclosed are the following:

1. Certificate of Conversion (Ferrion Corporation, a Georgia corporation to Ferrion, LLC, a Florida limited liability company);

2. Articles of Organization (Ferrion, LLC);

3. Check #6834 i/a/o $150 ($25 for Certificate of Conversion and $125 for Articles of Organization).

4. A copy of the corporation's annual report filed January 12, 2019.

Please return all correspondence in this matter to Alper Law, PLLC, 2572 West SR 426, Suite 1024, Oviedo, FL 32765 (US Mail) or to jroyal@alperlaw.com (e-mail).

Sincerely,

Jackie Royal, Paralegal
jroyal@alperlaw.com

Enc.

# ARTICLES OF CONVERSION
# FOR
# FERRION CORPORATION
# INTO
# FERRION, LLC

FILED
19 MAR 15 AM 10:28
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

This Certificate of Conversion and attached Articles of Organization are submitted to convert Ferrion Corporation, a Georgia corporation, into a Florida limited liability company in accordance with §605.1045, Florida Statutes.

1. The name of the corporation immediately prior to the filing of this Certificate of Conversion is Ferrion Corporation.

2. The Corporation is a corporation first organized, formed, or incorporated under the laws of Georgia on February 1, 2017 (Control Number 17010300).

3. The name of the Florida limited liability company as forth in the attached Articles of Organization is FERRION, LLC.

4. The conversion is effective on the date of filing.

5. The plan of conversion has been approved in accordance with all applicable statutes.

6. Ferrion Corporation has agreed to pay any members having appraisal rights the amount to which such members are entitled under §605.1006 and §605.1061-605.1072 F.S.

Signed this 11 day of MARCH, 2019.

Dermot Cawley, Manager

Dermot Cawley, President

# ARTICLES OF ORGANIZATION
# FOR FLORIDA LIMITED LIABILITY COMPANY

19 MAR 15 AM 10:32
FILED
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## ARTICLE I - NAME

The name of the Limited Liability Company is FERRION, LLC.

## ARTICLE II - ADDRESS

The mailing address of the principal office of the Limited Liability Company is 4460 Lower Park Road, #2412, Orlando, Florida 32814 and the street address is 4460 Lower Park Road, #2412, Orlando, Florida 32814.

## ARTICLE III - REGISTERED AGENT

The name and Florida street address of the limited liability company's registered agent is:

Dermot Cawley
4460 Lower Park Road, #2412
Orlando, FL 32814

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I do hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, Florida Statutes.*

Dermot Cawley
Registered Agent

## ARTICLE IV - MANAGEMENT

The name and address of each person authorized to manage and control the Limited Liability Company is:

Dermot Cawley
4460 Lower Park Road, #2412
Orlando, FL 32814

## ARTICLE V - EFFECTIVE DATE

The effective date of these Articles of Organization shall be upon filing.

*In accordance with §605.0203(1)(b), Florida Statutes, the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided in §817.155, Florida Statutes.*

Dermot Cawley, Manager

Date: 3/11/2019

FILED
19 MAR 15 AM 10:42
SECRETARY OF STATE
TALLAHASSEE, FLORIDA