# EXHIBIT A
# TO MOTION TO DISMISS

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| FERRION, LLC, a Florida limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>L.B. FOSTER COMPANY, a Pennsylvania Corporation,<br><br>Defendant. | Case No. 6:21-cv-02040-RBD-EJK |

**DECLARATION OF CRAIG DAVIS IN SUPPORT OF DEFENDANT L.B. FOSTER COMPANY'S MOTION TO DISMISS**

I, Craig Davis, declare and state as follows:

1. I am a General Manager of Rail Distribution at L.B. Foster Company ("LB Foster"). I have personal knowledge of the facts stated in this declaration or, based upon my responsibilities for LB Foster and in the ordinary course of the business of LB Foster, have learned these facts and can testify to them on behalf of LB Foster.

2. Purchase Order No. 4500026440 and Purchase Order No. 4500027077 (collectively, the "Purchase Orders") involve the purchase of rail products.

3. LB Foster transmitted the Purchase Orders to Ferrion Corporation ("Ferrion") via emails to Stephanie Rosenthal of Ferrion. True and correct copies of the emails and the enclosed Purchase Orders are attached as Exhibits A and B to this declaration.

4. The Ferrion address reflected in both Purchase Orders is in Alpharetta, Georgia.

5. Ferrion did not ship the products covered by the Purchase Orders. Instead, a separate third party – RCL Track Services, LLC – shipped the products from Colorado directly to a customer of LB Foster in Utah and Arizona.

6. LB Foster made payments on purchase orders to Ferrion via direct wire transfer to Ferrion's bank account at Pinnacle Bank.

7. Two payments were made on the Purchase Orders, and both were sent to Ferrion's bank account at Pinnacle Bank.

8. In my capacity as a General Manager of LB Foster, I am familiar with its process of creating purchase orders and transmitting them to vendors via email. It is the regular practice of LB Foster for a LB Foster employee to create purchase orders for products LB Foster wishes to purchase and then to transmit those purchase orders to vendors via email. LB Foster keeps the purchase orders and the transmitting emails in the course of its regularly conducted business activities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of December, 2021 in Pittsburgh, Pennsylvania.

Craig Davis

# EXHIBIT A

**From:** Joe Mahoney <JMahoney@lbfoster.com>
**Sent:** Thursday, April 29, 2021 2:55 PM
**To:** Stephanie
**Subject:** order
**Attachments:** 0392_001.pdf

Stephanie,

Please process RCL

**Joe Mahoney**
Director Rail Sales
Rail Business

LBFoster

**L.B. Foster Company**
125 Windsor Drive STE 122
Oak Brook Illinois 60523
t: 630-320-1374
m: 847-867-6949
e: jmahoney@lbfoster.com

**www.lbfoster.com**

The content of this email is confidential and intended for the recipient specified in this message only. Any unauthorized review, use, or distribution is prohibited. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

LBFoster

L.B. Foster Company
415 Holiday Drive
Pittsburgh PA 15220


04/29/2021 10:46:02

**PO#** 4500026440
**Rev#**

**Billing Address**
L.B. Foster Company
c/o Accounts Payable
PO Box 2806, Pittsburgh, PA 15230
or email to: AccountsPayable@LBFoster.com

**Vendor Address**
Vendor # 104590
FERRION CORPORATION
12850 Hwy 9 N SUITE 600-378
ALPHARETTA GA 30004

**Contact Info**

| | |
|---|---|
| **Buyer Name** | John Beggan |
| **Buyer Email** | JBEGGAN@lbfoster.com |
| **Buyer Phone** | |
| **Fax#** | |
| **Purchasing Group** | NRL-New Rail |
| **Shipping Address:** | MOUNTAIN STATES CONTRACTING<br>AL SPURLIN 801-589-8637<br>WASATCH PALLET<br>754 WEST 1000 NORTH<br>SPANISH FORK UT 84660 |
| **Terms of Payment:** | within 30 days Due net |
| **Terms of Delivery:** | |

| Item | Material/Description | Quantity | UM | Unit Price | Net Amount |
|---|---|---|---|---|---|
| 10 | 801907<br>RELAY 141RE RAIL, 1/4" WEAR<br>BLANK ENDS, PROVIDED IN 39FT LENGTHS WITH 10% SHORTS<br>DRILLED, PROVIDED IN 35FT TO 39FT LENGTHS WITH STANDARD 10% SHORTS<br>Requested date: 05/24/2021 | 110.00 | TON | 637.00 / TON | 70,070.00 USD |

Truck Delivered

| | |
|---|---|
| Gross Price | 70,070.00 USD |
| Cash Discount | 0.00 USD |
| Total Value | 70,070.00 USD |

ATTN Deepa please process

Jon Mal

**This Purchase Order incorporates the standard Purchase Order Terms and Conditions available on https://www.lbfoster.com/en/supply-terms (these "Terms"). Acceptance of this Purchase Order is conditioned upon the acceptance of these Terms, and any terms differing from or in addition to these Terms are expressly objected to by L.B.Foster. Acknowledgment of or beginning work on this Purchase Order shall be deemed to be acceptance of these Terms.**

# EXHIBIT B

**From:** Joe Mahoney <JMahoney@lbfoster.com>
**Sent:** Friday, May 21, 2021 8:47 AM
**To:** Stephanie
**Subject:** order
**Attachments:** 0469_001.pdf

Stephanie,

Please process for RCL

**Joe Mahoney**
Director Rail Sales
Rail Business

LBFoster

**L.B. Foster Company**
125 Windsor Drive STE 122
Oak Brook Illinois 60523
t: 630-320-1374
m: 847-867-6949
e: jmahoney@lbfoster.com

**www.lbfoster.com**

The content of this email is confidential and intended for the recipient specified in this message only. Any unauthorized review, use, or distribution is prohibited. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**LBFoster**

L.B. Foster Company
415 Holiday Drive
Pittsburgh PA 15220


05/21/2021 08:25:35

**PO#** **4500027077**
**Rev#**

**Billing Address**
L.B. Foster Company
c/o Accounts Payable
PO Box 2806, Pittsburgh, PA 15230
or email to: AccountsPayable@LBFoster.com

**Vendor Address**
Vendor # 104590
FERRION CORPORATION
12850 Hwy 9 N SUITE 600-378
ALPHARETTA GA 30004

**Contact Info**

| | |
|---|---|
| **Buyer Name** | John Beggan |
| **Buyer Email** | JBEGGAN@lbfoster.com |
| **Buyer Phone** | |
| **Fax#** | |
| **Purchasing Group** | NRL-New Rail |
| **Shipping Address:** | MOUNTAIN STATES CONTRACTING<br>JUSTIN DUPUY 480-216-2795<br>NEW LIFE<br>BNSF/SELIGMAN SUB, TRACK 9365 SCHUFF<br>STEEL |
| **Terms of Payment:** | within 30 days Due net |
| **Terms of Delivery:** | |

| Item | Material/Description | Quantity | UM | Unit Price | Net Amount |
|---|---|---|---|---|---|
| 10 | 802469<br>RELAY 131RE CC RAIL, 1/8" TO 3/16"<br>MAX WEAR, ENDS DRILLED 2-1/2" X 6-1/2" X 6-1/2" FOR 1" BOLTS. PROVIDED IN 33 FT TO 39 FT RANDOM LENGTHS.<br>Requested date: 08/12/2021 | 672.00 | TON | 612.00 / TON | 411,264.00 USD |
| 20 | 800550<br>RELAY 131RE 6 HOLE JOINT BARS<br>PUNCHED TO MATCH RAIL<br>Requested date: 08/12/2021 | 830.00 | PAA | 59.00 / PAA | 48,970.00 USD |
| | Gross Price | | | | 460,234.00 USD |
| | Cash Discount | | | | 0.00 USD |
| | Total Value | | | | 460,234.00 USD |

— Delivered via BNSF flat cars —

Attn: Dean

Please process

Delivery start 8/15/2021

Joe Malry

This Purchase Order incorporates the standard Purchase Order Terms and Conditions available on https://www.lbfoster.com/en/supply-terms (these "Terms"). Acceptance of this Purchase Order is conditioned upon the acceptance of these Terms, and any terms differing from or in addition to these Terms are expressly objected to by L.B.Foster. Acknowledgment of or beginning work on this Purchase Order shall be deemed to be acceptance of these Terms.