# EXHIBIT B
# TO MOTION TO DISMISS

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| FERRION, LLC, a Florida limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>L.B. FOSTER COMPANY, a Pennsylvania Corporation,<br><br>Defendant. | Case No. 6:21-cv-02040-RBD-EJK |

**DECLARATION OF ANDREW J. TURNIER IN SUPPORT OF DEFENDANT L.B. FOSTER COMPANY'S MOTION TO DISMISS**

I, Andrew J. Turnier, declare and state as follows:

1. I am an Associate in the law firm of Jones Day, and I am counsel for L.B. Foster Company ("LB Foster") in the above-captioned action. I am admitted in the State of Florida under Florida Bar Number 1004235. I am making this declaration in support of LB Foster's Motion to Dismiss Plaintiff's Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of a screen shot from Pinnacle Bank's "About Us: Who We Are" page, located at https://www.pinnaclebank.com/about/who-we-are/, which was captured on December 10, 2021. This page states: "In 1934, Pinnacle Bank set forth with one goal to be the best community bank in Georgia."

3. Attached hereto as **Exhibit B** is a true and correct copy of a screen shot from Pinnacle Bank's "Locations" page, located at https://www.pinnaclebank.com/locations/, which was captured on December 10,

2021. This page includes Pinnacle Bank branch locations, all of which are located in Georgia. There is no Pinnacle Bank branch location listed in Florida.

4. Attached hereto as **Exhibit C** is true and correct copy of a screen shot from RCL Track Services LLC's homepage, located at https://rcltrackservices.com/, which was captured on December 13, 2021. This page lists "7501 Benbrook Parkway, Fort Worth, Texas 76126" as the contact address for RCL Track Services LLC. This page also lists RCL Services Group, LLC as one of the "Parent and Affiliate Companies."

5. Attached hereto as **Exhibit D** is a true and correct copy of a screen shot from RCL Services Group, LLC's "Maps & Locations" page, located at https://rclservicesgroup.com/maps/, which was captured on December 13, 2021. This page states: "RCL Services Group headquarters is located in Benbrook, TX." This page also lists 7501 Benbrook Pkwy, Benbrook, TX 76126 as the address of its headquarters.

6. On December 10, 2021, I conducted a Google search for "Stephanie Rosenthal Georgia." A website listing Ms. Rosenthal's publicly available information voter registration information appeared on page two of the search results. Attached hereto as **Exhibit E** is a true and correct copy of a screen shot from the Georgia-Voters.com's page on Ms. Rosenthal, located at https://georgia-voters.com/by_number/0469/4139_stephanie_goodson_rosenthal.html, which was captured on December 10, 2021. This page states: "This is all public information by law. It is from the Georgia voter list as of 22 November 2020." This page lists a Georgia address as Ms. Rosenthal's residence.

(I have redacted from the screen shot Ms. Rosenthal's registration number, home street address and birthdate.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of December, 2021 in Miami, Florida.

Andrew J. Turnier

# EXHIBIT A

# One Bank for Life

Who We Are

In 1934, Pinnacle Bank set forth with one goal to be the best community bank in Georgia. Over the years, we've grown in size and strength across more and more communities while always keeping our focus on why we do what we do and the customers we are committed to serving.

Our customers' needs are as diverse as the communities we serve. With that in mind, we are continuously expanding our footprint and capabilities to meet those needs and grow the one-on-one relationships that mean so much to us.

That's Pinnacle Bank, and that's what it means to be "One Bank for Life."

**The Power of Community**

Pinnacle Bank – Our Culture

## Our Vision

Our vision is to be the best community bank in Georgia. This vision means providing the best products, best services

## Our Mission

At Pinnacle Bank, our mission is to serve our community, to provide value to our clients, to respect employees and

## Our Core Values

- Build One-on-One Relationships
- Create an Exceptional Customer Experience

and best customer service throughout the state.

provide shareholders sustained growth and earnings with their investment.

- Maintain Confidentiality
- Show Leadership
- Exceed Expectations
- Operate with an Innovative Edge

Find a Pinnacle Bank Near Me:

Zip Code or City within

50 mi

Search




About Us < https://www.pinnaclebank.com/about/>
Investor Relations < https://www.pinnaclebank.com/investor-relations/>
FAQs < https://www.pinnaclebank.com/personal/faq/>
Reorder Checks < https://www.pinnaclebank.com/personal/reorder-checks/>
Careers < https://workforcenow.adp.com/mascsr/default/mdf/recruitment/recruitment.html?cid=986fd71f-e96f-4fcd-a5ce-70a9d35051e2&ccId=19000101_000001&type=MP&lang=en_US>

≤ ≤ ≤

< < https://www.linkedin.com/company/pinnacle-bank/?PinnacleBank1934
https://twitter.com/pinnaclebank>

## Newsletter Sign Up.

Sign up for tips to take your business to the next level.

Name

Name

Email

Email Address

SIGN UP

@ 2021 Pinnacle Bank. All Rights Reserved | Privacy Policies < https://www.pinnaclebank.com/personal/privacy-policies/>
| Open An Account < https://accountcreate.fiservapps.com/app/AC_4015/App.aspx?AppID=11001>
| Fees < https://www.pinnaclebank.com/wp-content/uploads/2021/12/Schedule-of-Fees20212022-3.pdf>
| Privacy Notice < https://www.pinnaclebank.com/privacy-notice/>
| Online Banking Agreement < https://www.pinnaclebank.com/online-banking-agreement/>

EQUAL HOUSING OPPORTUNITY

Member FDIC

# EXHIBIT B

ations < ps://www.pinnaclebank.com/locations/>

About Us < https://www.pinnaclebank.com/about/>

Contact

Personal < https://www.pinnaclebank.com/personal/>

nk.com/>

Business < https://www.pinnaclebank.com/business/>

Financial Planning Services < https://www.pinnaclebank.com/financial-services/>

ONLINE BANKING LOGIN

I'm Looking For

Products and Services

Support

Learning

877.759.7939

Find a Pinnacle Bank Near Me:

Zip Code or City

within

50 mi

Search







< https://maps.google.com/maps? ll=33.531958,-80.193806&z=6&t=m&hl=en&gl=US&mapclient=apiv3 >

**E. Athens Office** *2 mi*
3140 Lexington Rd.
Athens, GA 30605
United States
**Phone**: 706.425.2223
**Fax**: 706.425.2256

**W. Athens Office** *5.2 mi*
1081 Parkway Blvd
Athens, GA 30606
United States
**Phone**: 706.608.4969
**Fax**: 706.549.7083

## Need More Information?

Don't hesitate to reach out. We are always here to help you with any questions you might have.

877.759.7939 customerservice@pinnaclebank.com

About Us < https://www.pinnaclebank.com/about/>
Investor Relations < https://www.pinnaclebank.com/investor-relations/>
FAQs < https://www.pinnaclebank.com/personal/faq/>
Reorder Checks < https://www.pinnaclebank.com/personal/reorder-checks/>
Careers < https://workforcenow.adp.com/mascsr/default/mdf/recruitment/recruitment.html?cid=986fd71f-e96f-4fcd-a5ce-70a9d35051e2&ccId=19000101_000001&type=MP&lang=en_US>

≤ ≤ ≤

< < https://[illegible]cleBank1934

https://[illegible]pinnaclebank>

**Newsletter Sign Up.**

Sign up for tips to take your business to the next level.

Name

Name

Email

Email Address

SIGN UP

@ 2021 Pinnacle Bank. All Rights Reserved | Privacy Policies < https://www.pinnaclebank.com/personal/privacy-policies/> | Open An Account < https://accountcreate.fiservapps.com/app/AC_4015/App.aspx?AppID=11001> | Fees < https://www.pinnaclebank.com/wp-content/uploads/2021/12/Schedule-of-Fees20212022-3.pdf> | Privacy Notice < https://www.pinnaclebank.com/privacy-notice/> | Online Banking Agreement < https://www.pinnaclebank.com/online-banking-agreement/>

EQUAL HOUSING OPPORTUNITY

Member FDIC

# EXHIBIT C

# RCL TRACK SERVICES, LLC

Where superior service comes included with the safety and efficiency of our solutions driven process.

# RAIL AND OTM REMOVAL

RCL Track Services is a full service rail and OTM service provider specializing in the safe and efficient removal of replacement rail and OTM from the railroad right of way.

Grapple Loading

(dotitpesn:t//wupVloardst/r2a0c1k9s/e0r1v/iDcSeCs._c0o5m7/2w.jpp-g)(dhotittpesn:t//wupVloardst/r2a0c1k9s/e0r1v/iDcSeCs._c0o1m6/7w.jpp-g)

(dotitpesn:t//wupVloardst/r2a0c1k9s/e0r1v/iDcSeCs._c0o6m4/7w.jpp-g)(dhotittpesn:t//wupVloardst/r2a0c1k9s/e0r1v/iDcSeCs._c0o0m3/5w.jpp-g)

(dotitpesn:t//wupVloardst/r2a0c1k9s/e0r1v/iDcSeCs._c0o6m5/4w.jpp-g)(dhotittpesn:t//wupVloardst/r2a0c1k9s/e0r1v/iDcSeCs._c0o3m9/2w.jpp-g)

Please complete and submit the following form and we will contact you as soon as we are able.

**Name** *

First Last

**Email** *

**Comment or Message** *

Submit

Rail & OTM Removal Processing Relay Rail & Accessories Contact

(https://www.rcltrackservices.com/)

Parent and Affiliate Companies

(https://www.rclservicesgroup.com) (https://www.rclwiring.com)
(https://www.quietzonetech.com) (https://www.shoprclburco.com/)
(https://www.rcltrackservices.com/)

7501 Benbrook Parkway, Fort Worth, Texas 76126
**(817) 820-6300**

© 2021 RCL Track Services, LLC

# EXHIBIT D

*Serving the railroad industry since 1994*

**Customers (http://naviship.rclwiring.com/)** **Suppliers (https://www.rclwiring.com/suppliers/)** **Employees (https://links.rclsg.com/elinks.html)**

(https://www.rclservicesgroup.com/)

Search …

MENU

# Maps & Locations

### Offices in Benbrook, TX

RCL Services Group headquarters is located in Benbrook, TX.




[View Larger Map (https://maps.google.com/maps?f=q&source=embed&hl=en&geocode=&q=7501+Benbrook+Parkway+Benbrook,+Texas+76126&aq=&sll=32.689055,-97.445334&sspn=0.011269,0.019591&g=7501+Benbrook+Parkway+Benbrook,+Texas+76126&ie=UTF8&hq=&hnear=7501+Benbrook+Pkwy,+Benbrook,+Texas+76126&t=m&ll=32.691002,-97.438645&spn=0.016253,0.042915&z=15&iwloc=A)]

## RCL Wiring in Sedalia, MO

View Larger Map (https://maps.google.com/maps?f=q&source=embed&hl=en&geocode=&q=+601+S+Marshall+Ave%E2%80%8E+Sedalia,+MO+65301&aq=&sll=38.416207,-82.047658&sspn=0.020982,0.03871&ie=UTF8&hq=&hnear=601+S+Marshall+Ave,+Sedalia,+Missouri+65301&t=m&ll=38.716858,-93.100548&spn=0.120544,0.343323&z=12&iwloc=A)

## RCL Burco in Culloden, West Virginia

View Larger Map (https://maps.google.com/maps?

f=q&source=embed&hl=en&geocode=&q=103+Thompson+Road+PO+Box+350+Culloden,+West+Virginia+25510&aq=&sll=38.704878,-93.193919&sspn=0.010449,0.019805&g=601+South+Marshall+Sedalia,+MO+65301&ie=UTF8&hq=&hnear=103+Thompson+Rd,+Culloden,+West+Virginia+25510&t=m&ll=38.430463,-81.98513&spn=0.060513,0.171661&z=13&iwloc=A)

- Employees (https://links.rclsg.com/elinks.html)
- Management Team (https://www.rclservicesgroup.com/bios/)
- Maps & Locations (https://www.rclservicesgroup.com/maps/)
- Site Map (https://www.rclservicesgroup.com/site-map/)
- Careers (https://www.rclservicesgroup.com/careers/)

7501 Benbrook Parkway, Benbrook, Texas 76126
817-820-6300

© 2021 RCL Services Group (https://www.rclservicesgroup.com/)

- RCL Services Group, LLC (https://www.rclwiring.com/)
- RCL Burco, LLC (https://www.shoprclburco.com/)
- RCL Track Services, LLC (https://www.rcltrackservices.com/)
- RCL Quiet Zone Technologies (https://www.quietzonetech.com/)

# EXHIBIT E

# STEPHANIE GOODSON ROSENTHAL

she registered to vote 19 May 1999 while she was living at
CUMMING, GEORGIA , UNITED STATES OF AMERICA.
**Georgia voter registration number**

This is all public information by law. It is from the Georgia voter list as of 22 November 2020. This is a privately owned and operated political website providing voter contact details to grassroots activists so they can solicit votes for candidates who are orthodox libertarian extremists. Commercial use is prohibited under O.C.G.A. Â§ 21-2-225 (c).

---

About this site ... Privacy policy ... Removal Policy

---

| | |
|---|---|
| COUNTY_CODE | 058 |
| REGISTRATION_NUMBER | |
| VOTER_STATUS | A |
| LAST_NAME | ROSENTHAL |
| FIRST_NAME | STEPHANIE |
| MIDDLE_MAIDEN_NAME | GOODSON |
| NAME_SUFFIX | |
| NAME_TITLE | |
| RESIDENCE_HOUSE_NUMBER | |
| RESIDENCE_STREET_NAME | |
| RESIDENCE_STREET_SUFFIX | |
| RESIDENCE_APT_UNIT_NBR | |
| RESIDENCE_CITY | CUMMING |
| RESIDENCE_ZIPCODE | |
| BIRTHDATE | |
| REGISTRATION_DATE | 19990519 |
| RACE | WH |
| GENDER | F |
| LAND_DISTRICT | |

| | |
|---|---|
| LAND_LOT | |
| STATUS_REASON | |
| COUNTY_PRECINCT_ID | 10 |
| CITY_PRECINCT_ID | |
| CONGRESSIONAL_DISTRICT | 007 |
| SENATE_DISTRICT | 027 |
| HOUSE_DISTRICT | 024 |
| JUDICIAL_DISTRICT | BELL |
| COMMISSION_DISTRICT | 3 |
| SCHOOL_DISTRICT | 3 |
| COUNTY_DISTRICTA_NAME | |
| COUNTY_DISTRICTA_VALUE | |
| COUNTY_DISTRICTB_NAME | |
| COUNTY_DISTRICTB_VALUE | |
| MUNICIPAL_NAME | |
| MUNICIPAL_CODE | |
| WARD_CITY_COUNCIL_NAME | |
| WARD_CITY_COUNCIL_CODE | |
| CITY_SCHOOL_DISTRICT_NAME | |
| CITY_SCHOOL_DISTRICT_VALUE | |
| CITY_DISTA_NAME | |
| CITY_DISTA_VALUE | |
| CITY_DISTB_NAME | |
| CITY_DISTB_VALUE | |
| CITY_DISTC_NAME | |
| CITY_DISTC_VALUE | |

| | |
|---|---|
| CITY_DISTD_NAME | |
| CITY_DISTD_VALUE | |
| DATE_LAST_VOTED | 20201103 |
| PARTY_LAST_VOTED | |
| DATE_ADDED | 19990519 |
| DATE_CHANGED | 20201030 |
| DISTRICT_COMBO | 309 |
| RACE_DESC | White not of Hispanic Origin |
| LAST_CONTACT_DATE | 20201030 |
| MAIL_HOUSE_NBR | |
| MAIL_STREET_NAME | |
| MAIL_APT_UNIT_NBR | |
| MAIL_CITY | |
| MAIL_STATE | |
| MAIL_ZIPCODE | |
| MAIL_ADDRESS_2 | |
| MAIL_ADDRESS_3 | |
| MAIL_COUNTRY | |

## About This Site

This is a privately owned and operated political website providing voter contact details to grassroots activists so they can solicit votes for candidates who are orthodox libertarian extremists. Commercial use is prohibited under O.C.G.A. Â§ 21-2-225 (c).

Built by ga_detail.py Thursday 25 February 2021 12:15:54 UTC