# ATTACHMENT "B"

Home My Network Jobs

# Joseph Mahoney · 3rd

Director Rail Sales

- L B Foster Company
- Eastern Illinois University

Oak Brook, Illinois, United States · **Contact info**

500+ connections

Message More

## Activity

506 followers

Posts Joseph created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

**Director Rail Sales**
L B Foster Company
Jan 2013 – Present · 9 yrs 1 mo
Oak Brook Illinois 60523

EASTERN ILLINOIS UNIVERSITY

**Eastern Illinois University**
Bachelor's Degree, Business/Managerial Economics, 3.25
1980 – 1984
Activities and Societies: Delta Sigma Phi

## Skills & endorsements

**Transportation** · 14

Endorsed by **Travis Gross, who is highly skilled at this**

LBFoster Endorsed by **5 of Joseph's colleagues at LB Foster**

**Budgets** · 10

**Greg Fitzsimons and 9 connections** have given endorsements for this skill

**Sales Management** · 9

LBFoster Endorsed by **4 of Joseph's colleagues at LB Foster**

Show more

Home My Network Jobs

# Joe Mahoney

Regional Sales Manager at L. B. Foster

- L. B. Foster
- Eastern Illinois University

Oak Brook, Illinois, United States · **Contact info**

8 connections

Connect Message More

## Activity

8 followers

Posts Joe created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

**Regional Sales Manager**
L. B. Foster
Nov 2000 – Present · 21 yrs 3 mos

## Education

Home My Network Jobs

Economics
1980 – 1984

**Marist High School**
1976 – 1980

## Skills & endorsements

**ERP**

**Budget**

**Solidworks**

Show more