# ATTACHMENT
# "C"

VIEW OUR RAIL INDUSTRY DIRECTORIES HERE

The Pocket List of Railroad Officials

(/rail-print-products)

RER THE OFFICIAL RAILWAY EQUIPMENT REGISTER

(/rail-print-products)

Friday, January 7, 2022

PocketList.com

Search PocketList.com

**GET NEWSLETTER**
(https://ubm.sub-forms.com/UBM225_RRpref)

# L.B. Foster Revamps North American Sales, Customer Service Team

L.B. Foster Co. has made a number of changes to its North American sales and customer service team in the company's recently consolidated Rail businesses:

- Bill Zimmer has been promoted to director, Class I rail sales, with responsibility for directing all of the company's initiatives with the North American Class I railroads. He will also handle the BNSF and KCS.
- David Sprinkle returns to L.B. Foster as regional Class 1 sales manager, handling CSX and NS. He previously worked for the company from 1996 to 2008. Sprinkle will report to Zimmer.
- Rick Steininger has been promoted to director, technical rail sales, focusing on the sale of the company's products for transit applications.
- Mark Hammons occupies the new position of general manager, rail sales West, with a focus on western U.S. and Canadian transit systems and engineering design firms. He reports to Steininger.
- Joe Mahoney has been promoted to director of rail sales, a new position responsible for all of the company's sales districts across North America and Canada.
- Chuck Parks, who has been promoted to regional sales manager, Southeast Sales District, will report to Mahoney.