# ATTACHMENT "D"

**LBFoster**

L.B. Foster Company
415 Holiday Drive
Pittsburgh PA 15220


04/29/2021 10:46:02

**PO# 4500026440**
**Rev#**

**Billing Address**
L.B. Foster Company
c/o Accounts Payable
PO Box 2806, Pittsburgh, PA 15230
or email to: AccountsPayable@LBFoster.com

**Vendor Address**
Vendor # 104590
FERRION CORPORATION
12850 Hwy 9 N SUITE 600-378
ALPHARETTA GA 30004

**Contact Info**

| | |
|---|---|
| **Buyer Name** | John Beggan |
| **Buyer Email** | JBEGGAN@lbfoster.com |
| **Buyer Phone** | |
| **Fax#** | |
| **Purchasing Group** | NRL-New Rail |
| **Shipping Address:** | MOUNTAIN STATES CONTRACTING<br>AL SPURLIN 801-589-8637<br>WASATCH PALLET<br>754 WEST 1000 NORTH<br>SPANISH FORK UT 84660 |
| **Terms of Payment:** | within 30 days Due net |
| **Terms of Delivery:** | |

| Item | Material/Description | Quantity UM | Unit Price | Net Amount |
|---|---|---|---|---|
| 10 | 801907<br>RELAY 141RE RAIL, 1/4" WEAR<br>BLANK ENDS, PROVIDED IN 39FT LENGTHS WITH 10% SHORTS<br>DRILLED, PROVIDED IN 35FT TO 39FT LENGTHS WITH STANDARD 10% SHORTS<br>Requested date: 05/24/2021 | 110.00 TON | 637.00 / TON | 70,070.00 USD |

Truck Delivered

| | |
|---|---|
| Gross Price | 70,070.00 USD |
| Cash Discount | 0.00 USD |
| Total Value | 70,070.00 USD |

Attn Dean please process

[illegible] or [illegible]

This Purchase Order incorporates the standard Purchase Order Terms and Conditions available on https://www.lbfoster.com/en/supply-terms (these "Terms"). Acceptance of this Purchase Order is conditioned upon the acceptance of these Terms, and any terms differing from or in addition to these Terms are expressly objected to by L.B.Foster. Acknowledgment of or beginning work on this Purchase Order shall be deemed to be acceptance of these Terms.