# ATTACHMENT "E"

**LBFoster**

L.B. Foster Company
415 Holiday Drive
Pittsburgh PA 15220

Page 1 of 1
05/21/2021 08:25:35

**PO# 4500027077**
**Rev#**

**Billing Address**
L.B. Foster Company
c/o Accounts Payable
PO Box 2806, Pittsburgh, PA 15230
or email to: AccountsPayable@LBFoster.com

**Vendor Address**
Vendor # 104590
FERRION CORPORATION
12850 Hwy 9 N SUITE 600-378
ALPHARETTA GA 30004

**Contact Info**

| | |
|---|---|
| **Buyer Name** | John Beggan |
| **Buyer Email** | JBEGGAN@lbfoster.com |
| **Buyer Phone** | |
| **Fax#** | |
| **Purchasing Group** | NRL-New Rail |
| **Shipping Address:** | MOUNTAIN STATES CONTRACTING<br>JUSTIN DUPUY 480-216-2795<br>NEW LIFE<br>BNSF/SELIGMAN SUB, TRACK 9365 SCHUFF<br>STEEL |
| **Terms of Payment:** | within 30 days Due net |
| **Terms of Delivery:** | |

| Item | Material/Description | Quantity UM | Unit Price | Net Amount |
|---|---|---|---|---|
| 10 | 802469<br>RELAY 131RE CC RAIL, 1/8" TO 3/16"<br>MAX WEAR, ENDS DRILLED 2-1/2" X 6-1/2" X 6-1/2" FOR 1" BOLTS. PROVIDED IN 33 FT TO 39 FT RANDOM LENGTHS.<br>Requested date: 08/12/2021 | 672.00 TON | 612.00 / TON | 411,264.00 USD |
| 20 | 800550<br>RELAY 131RE 6 HOLE JOINT BARS<br>PUNCHED TO MATCH RAIL<br>Requested date: 08/12/2021 | 830.00 PAA | 59.00 / PAA | 48,970.00 USD |
| | Gross Price | | | 460,234.00 USD |
| | Cash Discount | | | 0.00 USD |
| | Total Value | | | 460,234.00 USD |

— Delivered via BNSF flat cars —

Attn: Dean

Please process

Delivery start 8/15/2021

Joe Malloy

This Purchase Order incorporates the standard Purchase Order Terms and Conditions available on https://www.lbfoster.com/en/supply-terms (these "Terms"). Acceptance of this Purchase Order is conditioned upon the acceptance of these Terms, and any terms differing from or in addition to these Terms are expressly objected to by L.B.Foster. Acknowledgment of or beginning work on this Purchase Order shall be deemed to be acceptance of these Terms.