# ATTACHMENT
# "F"

COGENT BANK

P.O. Box 741660 Orange City, FL 32774
Return Service Requested

| | |
|---|---|
| Account Number | XXXXXX5677 |
| Statement Date | 07/30/2021 |
| Statement Thru Date | 08/01/2021 |
| Check/Items Enclosed | 13 |
| Page | 1 |

[redacted]

FERRION LLC
3968 WARDELL PL
ORLANDO FL 32814-6137

00003024 0013340 0001-0006

**Customer Service Information**

**Customer Care:** 407-545-2662
**Email:** info@cogentbank.net
**Mail:** P.O. Box 741660, Orange City, FL 32774-1660
**Visit Us Online:** www.cogentbank.net

## BUSINESS EDGE CHECKING

**Account Number: XXXXXX5677**

**Account Owner(s):** **FERRION LLC**

[redacted]

## ACCOUNT TRANSACTIONS

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| [redacted] | | | | |



Bank anywhere, anytime!
WITH THE COGENT MOBILE BANKING APP YOU CAN:
view account balances, deposit checks, pay bills, transfer between accounts, and manage receipts.
COGENT BANK

[redacted]

| | |
|---|---|
| Account Number | XXXXXX5677 |
| Statement Date | 07/30/2021 |
| Statement Thru Date | 08/01/2021 |
| Page | 2 |

## ACCOUNT TRANSACTIONS (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| [redacted] | | | | |
| Jul 07 | L B FOSTER COMP/EDI FERRION CORPORATION | 221,774.91 | | [redacted] |
| [redacted] | | | | |
| Jul 26 | L B FOSTER COMP/EDI FERRION CORPORATION | 120,035.86 | | [redacted] |
| [redacted] | | | | |
| Jul 27 | L B FOSTER COMP/EDI FERRION CORPORATION | 30,359.42 | | [redacted] |
| [redacted] | | | | |

00003024 0013342 0002-0006

[redacted]

COGENT BANK

P.O. Box 741660 Orange City, FL 32774
Return Service Requested

| | |
|---|---|
| Account Number | XXXXXX5677 |
| Statement Date | 08/31/2021 |
| Statement Thru Date | 08/31/2021 |
| Check/Items Enclosed | 14 |
| Page | 1 |

[redacted]

FERRION LLC
3968 WARDELL PL
ORLANDO FL 32814-6137

00003072 0013075 0001-0006

**Customer Service Information**

**Customer Care:** 407-545-2662

**Email:** info@cogentbank.net

**Mail:** P.O. Box 741660, Orange City, FL 32774-1660

**Visit Us Online:** www.cogentbank.net

## BUSINESS EDGE CHECKING

**Account Number: XXXXXX5677**

**Account Owner(s):** **FERRION LLC**

[redacted]

## ACCOUNT TRANSACTIONS

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|

[redacted]

[redacted]

| | |
|---|---|
| Account Number | XXXXXX5677 |
| Statement Date | 08/31/2021 |
| Statement Thru Date | 08/31/2021 |
| Page | 2 |

## ACCOUNT TRANSACTIONS (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| [redacted] | | | | |
| Aug 16 | L B FOSTER COMP/EDI FERRION CORPORATION | 179,533.67 | | [redacted] |
| [redacted] | | | | |
| Aug 19 | L B FOSTER COMP/EDI FERRION CORPORATION | 1,125.00 | | [redacted] |
| [redacted] | | | | |
| Aug 20 | L B FOSTER COMP/EDI FERRION CORPORATION | 13,962.50 | | [redacted] |
| [redacted] | | | | |

00003072 0013077 0002-0006

[redacted]