# ATTACHMENT
# "G"

COGENT BANK

(/)

◉ Online Banking ○ Cogent Connection

## Login

Username

LOGIN

Forgot Username (https://olb.cogentbank.net/Enrollment/ForgotUsername.aspx) | Enroll (https://olb.cogentbank.net/Enrollment/EnrollmentAdv.aspx)

## Who We Are

Cogent Bank is a state chartered bank that has operated as a full service commercial and retail bank since its inception as Pinnacle Bank in 2001. We offer a broad range of lending, depository, treasury management and mobile banking services designed to meet the complex and diverse needs of our clients while staying focused on the local communities we serve. It goes without saying that we are not your average community bank. We believe banking is personal and requires high touch, innovative services designed to make managing financial transactions easier. We look forward to pairing our financial expertise with a passion for learning more about our clients' goals and objectives.

Our team of bankers consists of over 70 financial professionals located in Central, Northeast and West Florida. We have grown rapidly over the last year through our personalized relationship banking approach coupled with a passion for helping our clients find innovative solutions and services.

We may not be on every corner but we are passionate and knowledgeable bankers with deep roots in the communities we serve. Our bankers have local decision making authority and an unparalleled commitment to service. Our goal is to offer clients an exceptional experience through innovative technology and customized financial solutions that help them meet their financial goals.

**Responsive. Committed. Innovative.**