# ATTACHMENT
# "H"

COGENT BANK

(/)

Login

◉ Online Banking ○ Cogent Connection

Username

LOGIN

Forgot Username (https://olb.cogentbank.net/Enrollment/ForgotUsername.aspx) | Enroll (https://olb.cogentbank.net/Enrollment/EnrollmentAdv.aspx)

# Locations

## Duval County

### Jacksonville Banking Center

5011 Gate Parkway Building 100, Suite 150
Jacksonville, FL 32256
904-274-8880

**Lobby Hours**
Monday – Friday: 9:00 AM to 4:00 PM

## Volusia County

### Orange City Banking Center

1113 Saxon Blvd.
Orange City, FL 32763
386-774-0977

**Lobby Hours**
Monday – Friday: 9:00 AM to 5:00 PM
**Drive Thru Hours**
Monday – Friday: 9:00 AM to 5:00 PM

## Orange County

### Downtown Orlando Banking Center
420 S. Orange Ave., Suite 150
Orlando, FL 32801
407-545-2662

**Lobby Hours**
Monday – Friday: 9:00 AM to 5:00 PM

### Winter Park Banking Center
655 West Morse Blvd., Suite 111
Winter Park, FL 32789
407-887-4960

**Lobby Hours**
Monday – Friday: 9:00 AM to 5:00 PM

## Hillsborough County

### Tampa Banking Center
1715 N. Westshore Blvd., Suite 150
Tampa, Florida 33607
813-492-8030

**Lobby Hours**
Monday – Friday: 9:00 AM to 5:00 PM

### Executive Offices
1715 N. Westshore Blvd., Suite 350
Tampa, Florida 33607
813-492-8019

## Pinellas County

### Clearwater Banking Center
28059 U.S. Highway 19 N, 1st Floor
Clearwater, FL 33761
727-477-3180

**Lobby Hours**
Monday – Friday: 9:00 AM to 5:00 PM

## Lee County

### Fort Myers Banking Center

14421 Metropolis Ave., Suite 102
Fort Myers, FL 33912
239-766-8980

**Lobby Hours**
Monday – Friday: 9:00 AM to 5:00 PM

## Collier County

### Naples Banking Center

999 Vanderbilt Beach Road, Suite 551
Naples, FL 34108
239-766-8943

**Lobby Hours**
Monday – Friday: 9:00 AM to 5:00 PM



© 2021 Cogent Bank. Member FDIC (https://www.fdic.gov/). Equal Housing Lender (https://www.hud.gov/)