# ATTACHMENT "I"

**From:** Stephanie
**Sent:** Friday, March 27, 2020 8:52 AM
**To:** Joe Mahoney <JMahoney@lbfoster.com>
**Subject:** RE: ACH

Good Morning,
ACH information attached.

Thank you

**From:** Joe Mahoney <JMahoney@lbfoster.com>
**Sent:** Friday, March 27, 2020 8:47 AM
**To:** Stephanie <srosenthal@ferrion.com>
**Subject:** ACH

Stephanie,

Please send me your ACH information.

**Joe Mahoney**
Director Rail Sales
Rail Business

---

**L.B. Foster Company**
125 Windsor Drive STE 122
Oak Brook Illinois 60523
t: 630-320-1374
m: 847-867-6949
e: jmahoney@lbfoster.com

**www.lbfoster.com**