# ATTACHMENT
# "J"

COGENT BANK

## Incoming Wire Instructions

The information listed below is required on all incoming wires to assure the wire is properly sent and credited to your account with Cogent Bank.

*****Federal Regulation requires complete street addresses on wire transfers*****

### Domestic Wires

1. Beneficiary Bank: Cogent Bank
   1113 Saxon Blvd
   Orange City, FL 32763
   ABA #: 063114661

2. Beneficiary: FERRION, LLC
   4460 LOWER PARK RD
   UNIT 2412
   ORLANDO, FL 32814
   Account # 2100005961

As of 6/18/2019