# ATTACHMENT
# "K"

From: Derm <dcawley@ferrion.com>
Date: October 5, 2021 at 5:26:19 PM EDT
To: Stephanie <srosenthal@ferrion.com>
Cc: Craig Davis <CPDavis@lbfoster.com>
Subject: Re: payment?

Craig,

I left you a voicemail today to inquire as to the status of our payment owed. Not sure if you are traveling or tied up but if you can update us when this is being cut we would appreciate it. Thank you.

Dermot

On Oct 5, 2021, at 9:15 AM, Stephanie <srosenthal@ferrion.com<mailto:srosenthal@ferrion.com>> wrote:

Good Morning,
Following up on the status of payment? Please advise.

From: Stephanie

Sent: Friday, October 1, 2021 8:54 AM
To: Craig Davis <CPDavis@lbfoster.com<mailto:CPDavis@lbfoster.com>>
Cc: Derm <dcawley@ferrion.com<mailto:dcawley@ferrion.com>>
Subject: payment?

Good Morning,
Would you be able to tell us status of payment on our invoice 2459?

Thank you,
Stephanie Rosenthal
Ferrion Corp

<inv 2459.pdf>

---