# EXHIBIT
# "2"

Division of Corporations
an official State of Florida website



# Detail by Entity Name

Foreign Profit Corporation

L.B. FOSTER COMPANY

**Filing Information**

| | |
|---|---|
| **Document Number** | F98000003536 |
| **FEI/EIN Number** | 25-1324733 |
| **Date Filed** | 06/22/1998 |
| **State** | PA |
| **Status** | ACTIVE |

**Principal Address**

415 HOLIDAY DR.
PITTSBURGH, PA 15220

**Mailing Address**

415 HOLIDAY DR.
PITTSBURGH, PA 15220

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Name Changed: 11/23/2009

Address Changed: 11/23/2009

**Officer/Director Detail**

**Name & Address**

Title TREASURER, CFO

MALONEY, JAMES
415 HOLIDAY DR.
PITTSBURGH, PA 15220

Title SECRETARY, VP, GC

GUINEE, PATRICK J
415 HOLIDAY DR.
PITTSBURGH, PA 15220

Title PRESIDENT, DIRECTOR, CEO

BAUER, ROBERT P.
415 HOLIDAY DR.
PITTSBURGH, PA 15220

Title DIRECTOR

VIZI, BRADLEY S.
415 HOLIDAY DR.
PITTSBURGH, PA 15220

Title DIRECTOR

OWEN, DIANE B.
415 HOLIDAY DR.
PITTSBURGH, PA 15220

Title DIRECTOR

RACKOFF, WILLIAM H.
415 HOLIDAY DR.
PITTSBURGH, PA 15220

Title DIRECTOR

ROWLAND, SUZANNE B.
415 HOLIDAY DR.
PITTSBURGH, PA 15220

Title DIRECTOR

JUNGE, DIRK
415 HOLIDAY DR.
PITTSBURGH, PA 15220

Title DIRECTOR

PURGASON, ROBERT P.
415 HOLIDAY DR.
PITTSBURGH, PA 15220

Title CHAIRMAN

FOSTER II , LEE B.
415 HOLIDAY DR.
PITTSBURGH, PA 15220

**Annual Reports**

| Report Year | Filed Date |
|---|---|

| | |
|---|---|
| 2019 | 01/25/2019 |
| 2020 | 01/27/2020 |
| 2021 | 04/20/2021 |

**Document Images**

| | |
|---|---|
| 04/20/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2020 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/21/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2014 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/07/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2010 -- ANNUAL REPORT | View image in PDF format |
| 11/23/2009 -- Reg. Agent Change | View image in PDF format |
| 04/23/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/19/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2003 -- ANNUAL REPORT | View image in PDF format |
| 10/22/2002 -- Reg. Agent Change | View image in PDF format |
| 05/05/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/04/1999 -- ANNUAL REPORT | View image in PDF format |
| 06/22/1998 -- Foreign Profit | View image in PDF format |

# Steel Construction Products

En

Infrastructure Solutions (/en) / News (/en/news) / 2019 (/en/news/year/2019)▾
/ L.B. Foster Supplies $28M Steel Piling Contract for Major Florida Port Project (/en/news/details/2019-09-11-lb-foster-supplies-28m-steel-piling-contract-for-major-florida-port-project)



()



()

# L.B. Foster Supplies $28M Steel Piling Contract for Major Florida Port Project

L.B. Foster Company has completed delivery of approximately 5,000 linear feet of steel sheet piling, wide flange beams and accessories for the construction of the Southport Turning Notch Extension Project at Broward County's Port Everglades in Florida.

The Port's infrastructure improvement projects include adding new cargo berths, installing new Super Post-Panamax container gantry cranes, increasing the lift capacity on existing cranes, and deepening and widening the Port's navigation channels. L.B. Foster worked closely with heavy civil marine contractor, Orion Marine Group to supply the domestically produced hot rolled ball and socket PZC™ steel sheets and wide flange beams. The material will be used to

create a high modulus combi-wall bulkhead structure for a cargo berthing area at the Southeastern U.S. Port.

"Our piling sales, engineering and procurement team played a key role in coordinating and supplying the spec'd construction products and value-added services required to meet the stringent delivery needs of Port Everglades' largest expansion construction project," commented Greg Good, Vice President, L.B. Foster's Steel Construction business. To aid in the speed of installation, the steel sheets were paired on and off-site using welded connectors by L.B. Foster personnel and project sub-contractors.

Broward County's Port Everglades is Florida's leading container port, handling more than one million TEUs (20-foot equivalent units, the industry standard measurement for container volumes), and serving as a gateway to Latin America, the Caribbean, Europe and Asia. The Port of Everglades project is set to be completed in 2022.

PZC™ is a trademark of Gerdau.
Photos courtesy of Orion Marine Construction Group.



()

**Pictured(L-R):**
David Maedgen, Manager – Piling Sales at Gerdau Long Steel North America
Jim Christina – Vice President & General Manager, Petersburg at Gerdau Long Steel North America
Greg Good, Vice President, Piling at L.B. Foster Company
Chris Hoyt, Director of Sales – Construction at Gerdau Long Steel North America

## Aerial Video of Port Everglades Expansion Construction Site

Aerial Video of Port Everglades Expansion Construction Site

Back

Construction Products Brochure (/perch/resources/pilingminicatalog09-2019lowres.pdf)

Alternative Port Applications (/perch/resources/lbf-port-case-studylowres.pdf)

Click here (https://lbfoster-562056.workflowcloud.com/forms/7156b733-e244-4f99-9ea5-660b547d9d9c) to request a quote for Piling

Click here (http://www.sheetpiling.com/) to access our online SSP calculator

Global Headquarters

L.B. Foster Company
415 Holiday Dr.
Pittsburgh, PA 15220
U.S.A.

Follow us

(https://twitter.com/lbfostercorp) (https://www.linkedin.com/company/lbfoster) (https://vimeo.com/lbfoster)
(http://youtube.com/c/LBFoster)

---

Investor Relations (http://lbfostercompany.gcs-web.com)
Corporate Information (/en/about) Legal Disclaimer (/en/privacy-policy)
Careers (/en/careers)

()

LB

News Release

# L.B. Foster Supplies Innovative Sheet Piling for Pensacola, Florida Power Plant

September 12, 2006 at 10:42 AM EDT

PDF Version (/node/6861/pdf)

$2 Million PZC Contract for Southern Company Plant Expansion Project

PITTSBURGH, Sept. 12 /PRNewswire-FirstCall/ -- Pittsburgh-based L.B. Foster Company (Nasdaq: FSTR) announced that it was awarded a $2 million contract for PZC steel sheet piling for use in the Southern Company's Gulf Power Pensacola, Florida Crist Steam Generation Plant. L.B. Foster's Construction Products sales team worked closely with Southern Company, based in Atlanta, GA providing approximately 1,600 tons of new 70' steel sheets to build a permanent cofferdam foundation for expansion of the Pensacola, Florida plant.

The contract was administered by Senior Sales Representative Rick Morris from L.B. Foster's new Orlando, Florida sales office which services Florida, Georgia and South Carolina construction market needs. The office is managed by L.B. Foster veteran Jack Smellie with support from Florida construction specialist Dan Winters.

The project required a permanent structure to facilitate the construction of a 10' diameter underground canal. "Southern Company Engineering chose the innovative PZC sheet piling because of its increased capabilities," said Morris. The new PZC series of steel sheet piling is manufactured by L.B Foster's strategic partner, Chaparral, to be wider, lighter and stronger than typical PZ piling.

L.B. Foster is a leading manufacturer, fabricator and distributor of products for transportation, construction, utility and energy needs. The company can be reached via telephone at 412-928-3400 or 1-800-255-4500 and through its website, www.lbfoster.com.

L.B. Foster's Construction Products consists of Piling, Fabricated Bridge Products and Precise Structural Products. Fabricated Bridge Products and Precise Structural Products provides structural steel, bridge decking, and railing and drainage systems for construction and rehabilitation of the nation's bridges, highways and buildings. These individual units work nationally with customers who are primarily contractors for municipal, state and federal government projects.

L.B. Foster's Florida sales facility is located at 1265 S. Semoran Boulevard, Suite 1225, Winter Park, FL 32792. The facility's staff can be contacted at (407) 679-4810.

PZC(TM) is a registered trademark of Chaparral.

Media Contact Information: Jake Fuellhart (412) 928-5645 or jfuellhart@lbfosterco.com

```
SOURCE  L.B. Foster Company
    -0-                            09/12/2006
    /CONTACT:  Jake Fuellhart of L.B. Foster Company, +1-412-928-5645, or
jfuellhart@lbfosterco.com /
    /Web site:  http://www.lbfoster.com/
    (FSTR)

CO:  L.B. Foster Company; Southern Company Engineering
ST:  Pennsylvania, Florida, Georgia
IN:  CST TRN OIL UTI
SU:  CON

CF-CT
-- CLTU080 --
0587 09/12/2006 10:40 EDT http://www.prnewswire.com
```