# EXHIBIT
# "3"

# Form 1.933 Account Stated

**COMPLAINT**

Plaintiff, A. B., sues defendant, C. D., and alleges:

1. This is an action for damages that (insert jurisdictional amount).
2. Before the institution of this action plaintiff and defendant had business transactions between them and on .....(date)....., they agreed to the resulting balance.
3. Plaintiff rendered a statement of it to defendant, a copy being attached, and defendant did not object to the statement.
4. Defendant owes plaintiff $.......... that is due with interest since .....(date)....., on the account.

WHEREFORE plaintiff demands judgment for damages against defendant.

**NOTE:** A copy of the account showing items, time of accrual of each, and amount of each must be attached.