# EXHIBIT
# "4"

# Form 1.932 Open Account

**COMPLAINT**

Plaintiff, A. B., sues defendant, C. D., and alleges:

1. This is an action for damages that (insert jurisdictional amount).
2. Defendant owes plaintiff $......... that is due with interest since .....(date)....., according to the attached account.

WHEREFORE plaintiff demands judgment for damages against defendant.

**NOTE:** A copy of the account showing items, time of accrual of each, and amount of each must be attached.