**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FERRION, LLC, A FLORIDA
LIMITED LIABILITY COMPANY,

Plaintiffs,

v. Case No. 6:21-CV-02040-RBD-EJK

L.B FOSTER COMPANY, A
PENNSYLVANIA CORPORATION,

Defendants.
______________________________/

**Uniform Case Management Report [AMENDED]***

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

## 1. Date and Attendees

The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on 1/14/2022. R. Sebastian Arroyo and Mary Ruth Houston as counsel for Plaintiff Ferrion, LLC ("Ferrion" or "Plaintiff"), and Andrew J. Turnier and Christopher R.J. Pace as counsel for Defendant L.B. Foster Company ("LB Foster") attended the conference.

## 2. Deadlines and Dates

The parties request these deadlines and dates:

* Amended as to the below dates of the final pretrial meeting, joint pretrial statement et al., and final pretrial conference. The previously filed case management report stated the incorrect year for the date of these events. The correct year is 2023, not 2022.

| **Action or Event** | **Date** |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 2/11/2022 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 5/2/2022 |
| Deadline for disclosing any expert report for the party that bears the burden of proof on an issue. *See* Fed. R. Civ. P. 26(a)(2). | 7/11/2022 |
| Deadline for disclosing any responsive expert report. | 8/8/2022 |
| Deadline for disclosing any rebuttal expert report. | 9/6/2022 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 10/10/2022 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | n/a |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 11/7/2022 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br>TBD | 11/7/2022 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 3/6/2023 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 3/6/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 3/13/2023 |
| Month and year of the trial term. | 4/3/2023 |

The trial will last approximately 3-5 days and be

☐ jury.

☒ non-jury, subject to any jury demand related to potential counterclaim(s).

**3. Description of the Action**

Plaintiff Ferrion alleges two breach of contract claims (and alternative theories of recovery, such as unjust enrichment, based on those claims) against LB Foster for the non-payment of two purchase orders for railway products. LB Foster denies Plaintiff's allegations and reserves its right to assert any applicable affirmative defenses and counterclaims.

**4. Disclosure Statement**

☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

**5. Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

**6. Consent to a Magistrate Judge**

"A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).

The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

**7. Preliminary Pretrial Conference**

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

**Discovery Practice**

| |
|---|
| The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District. |

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

## 8. Discovery Plan

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☐ Yes.
☒ No; instead, the parties agree to these changes: 2/11/2022 stipulated deadline.

B. Discovery may be needed on these subjects: All issues related to the allegations set forth in Plaintiff's Complaint and the defenses and potential counterclaims of LB Foster (if counterclaims are asserted).

C. Discovery should be conducted in phases:

☒ No.
☐ Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

☒ No.

☐ Yes; describe the issue(s).

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.
☐ Yes; describe the stipulation.

**9. Request for Special Handling**

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

**10. Certification of familiarity with the Local Rules**

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

**11. Signatures**

*<u>/s/ Christopher R.J. Pace</u>*
Christopher R.J. Pace
Florida Bar No. 721166
Email: crjpace@jonesday.com
Andrew J. Turnier
Florida Bar No. 1004235
Email: aturnier@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
*Counsel for L.B. Foster Company*

Add date of signature

*/s/ Mary Ruth Houston*
MARY RUTH HOUSTON, ESQ.
Florida Bar No. 834440
Primary Email: mhouston@shutts.com
REED SEBASTIAN ARROYO, ESQ.
Florida Bar No. 1013893
Primary email: sarroyo@shutts.com
**SHUTTS & BOWEN LLP**
300 S. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
*Attorneys for Plaintiff*
January 19, 2022

*/s/ John H. Bill*
JOHN H. BILL, ESQ.
Florida Bar No. 443890
Primary Email: jbill@gdb-law.com
**GODBOLD, DOWNING,**
**BILL & RENTZ, P.A.**
222 W. Comstock Ave., Suite 101
Winter Park, Florida 32789
Telephone: (407) 647-4418
Facsimile: (407) 647-2089
*Attorneys for Plaintiff*
January 19, 2022